JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Rose Cozzens

**DEFENDANTS**
WALMART; JOHN DOE(S) I-X (Fictitious names as persons/entities who maintained, controlled or managed the premises known as Walmart), individually, jointly, severally, or in the alternative

**(b)** County of Residence of First Listed Plaintiff  Atlantic
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Benton
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, Email and Telephone Number)*
John D. Borbi, Esq., Borbi, Clancy & Patrizi, 999 Route 73 North, Suite 103, Marlton, NJ 08053
Telephone: 856-424-5400

Attorneys *(If Known)*
McDonnell & Associates, P.C., 500 Route 70 West, Cherry Hill, NJ 08002; 856-429-5300
cdamore@mcda-law.com

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332
Brief description of cause:
Personal injury - premises liability

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE  11/14/2014
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSE COZZENS, <br><br> Plaintiff, <br><br> v. <br><br> WALMART; JOHN DOE(S) I-X (Fictitious names as persons/entities who maintained, controlled or managed the premises known as Walmart), individually, jointly, severally, or in the alternative. <br><br> Defendant(s). | Civil Action <br><br> Case No.: <br><br> JURY TRIAL DEMANDED |

## **DEFENDANT WALMART'S NOTICE OF REMOVAL**

Defendant Walmart, more properly pled as Wal-Mart Stores East, LP (hereinafter referred to as "Wal-Mart"), files this Notice of Removal pursuant to 28 U.S.C. § 1441(a) and (b) to remove this action from the Superior Court of New Jersey, Law Division, Cumberland County, Docket No.: CUM-L-801-14, where it is now pending, to the United States District Court for the District of New Jersey. Wal-Mart, in support thereof, states as follows:

1. A civil action has been brought against Wal-Mart by Plaintiff, Rose Cozzens. The action is pending in the Superior Court of New Jersey, Law Division, Cumberland County, Docket Number CUM-L-801-14. Plaintiff filed the complaint on October 6, 2014 and served it on Wal-Mart on October 17, 2014. A true and accurate copy of Plaintiff's complaint is attached as Exhibit "A".

2. By letter dated October 24, 2014, Wal-Mart requested a statement of damages from Plaintiff. A true and accurate copy of the October 24, 2014 correspondence, with enclosures, is attached as Exhibit "B."

Case 1:14-cv-07150-JBS-JS Document 1 Filed 11/14/14 Page 3 of 6 PageID: 3

3. The October 24, 2014 correspondence also proposed a stipulation to limit Plaintiff's damages to $75,000. Exhibit "B."

4. The undersigned counsel telephoned Plaintiff's counsel on November 4th and 5th to follow up on the statement of damages and the stipulation to limit damages Plaintiff's counsel did not return the telephone calls.

5. By letter dated November 4, 2014, Wal-Mart again requested a statement of damages and a response to the proposed stipulation to limit damages. A copy of the November 4, 2014 correspondence, with enclosures, is attached as Exhibit "C."

6. Wal-Mart mailed an answer to the complaint to the Superior Court Clerk on November 5, 2014. The Clerk filed the answer on November 7, 2014. A filed copy has not yet been returned by the Clerk. An unfiled copy of the answer is attached hereto as Exhibit "D."

7. Plaintiff's counsel's assistant called the undersigned on November 10, 2014 and advised that Plaintiff had undergone knee surgery, that she was still treating, and that Plaintiff would not agree to limit damages to $75,000. The undersigned advised that the case would be removed to the District Court.

8. The State Court wherein this action was originally filed is located in Cumberland County, New Jersey, which is embraced within this jurisdictional district.

9. Removal from the Superior Court of New Jersey, Law Division, Cumberland County is proper under 28 U.S.C. §1441(a) and (b), which authorizes the removal of any civil action of which the District Court of the United States has original jurisdiction and if "none of the parties in interest properly joined and served as a defendant is a citizen of the state in which such action is brought."

Case 1:14-cv-07150-JBS-JS Document 1 Filed 11/14/14 Page 4 of 6 PageID: 4

10. This Court has original jurisdiction under 28 U.S.C. §1332 because the parties are citizens of different states, and the matter in controversy exceeds $75,000 as set forth below.

11. Plaintiff alleges that she resides at 40 Old Stage Coach Road, Bridgeton, Cumberland County, New Jersey. Exhibit "A."

12. Plaintiff's complaint contains allegations of negligence arising out of a shopping experience she had at Wal-Mart store number 3339 located at 1070 W. Landis Avenue, Vineland, Cumberland County, New Jersey on or about February 25, 2014. Exhibit "A."

13. On February 25, 2014, and at all times since, Wal-Mart store number 3339 was operated by Wal-Mart Stores East, LP. The employees working at store 3339 are and have been employed by Wal-Mart Stores East, LP.

14. Wal-Mart Stores, Inc., a Delaware corporation with its principal place of business in Arkansas, is the ultimate parent entity of Wal-Mart Stores East, LP.

15. Wal-Mart Stores East, LP is a Delaware limited partnership with its principal place of business in Bentonville, Arkansas.

16. As such, as of February 25, 2014 and October 6, 2014, Wal-Mart and its corporate parent, were Delaware corporate entities with their respective principal places of business in Arkansas.

17. There is no legal entity known as "Walmart."

18. Plaintiff's complaint sounds in negligence, and it does not contain a specific demand of damages. Exhibit "A".

19. As set forth above, Wal-Mart diligently worked to ascertain the amount in controversy and Plaintiff's alleged damages. Exhibits "B" and "C."

20. Plaintiff's complaint alleges that she sustained severe personal injuries as a result of the incident at Wal-Mart store 3339.

21. Plaintiff's counsel advises that Plaintiff underwent knee surgery as a result of the incident at Wal-Mart store 3339 and that she is still treating for her injuries.

22. Plaintiff's refusal to enter into a stipulation to limit damages to $75,000 and the nature of her alleged injuries only leaves Wal-Mart to conclude that the amount in controversy exceeds $75,000.

23. This matter is being timely removed under 28 U.S.C. §1446(b) in that the notice of removal has been filed within 30 days of service of the complaint on Wal-Mart.

24. Based on the foregoing, the requirements of 28 U.S.C. §1441(a) and (b), 1446 and 1332 have been satisfied and the within matter is properly removable.

**WHEREFORE**, Defendant Walmart, more properly pled as Wal-Mart Stores East, LP, respectfully requests that this State Action be removed from the Superior Court of New Jersey, Law Division, Cumberland County to the United States District Court for the District of New Jersey.

McDonnell & Associates, P.C.

Christopher D'Amore, Esquire
500 Route 70 West
Cherry Hill, NJ 08002
Telephone: (856) 429-5300
Facsimile: (856) 429-5314
cdamore@mcda-law.com
*Attorneys for Walmart, more properly pled as Wal-Mart Stores East, LP*

DATED: November 14, 2014

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSE COZZENS,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART; JOHN DOE(S) I-X (Fictitious names as persons/entities who maintained, controlled or managed the premises known as Walmart), individually, jointly, severally, or in the alternative.<br><br>    Defendant(s). | Civil Action<br><br>Case No.: |

### CERTIFICATE OF SERVICE

I, Christopher D'Amore, Esquire, hereby certify that on November 14, 2014, the Notice of Removal on behalf of Defendant Walmart, more properly pled as Wal-Mart Stores East, LP, was filed electronically with the Court and is available for viewing and downloading from the ECF system. I also certify that a true and correct copy was served via regular and certified mail on this same date on the following:

>John D. Borbi, Esq.
>Borbi, Clancy & Patrizi
>999 Route 73 North, Suite 103
>Marlton, NJ 08053
>*Counsel for Plaintiff*

I hereby certify that the above statements are true. I am aware that if any of the above statements by me are willfully false, I am subject to punishment.

_____
Christopher D'Amore, Esquire
*Attorneys for Walmart, more properly pled as Wal-Mart Stores East, LP*