## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROSE COZZENS, | : | CIVIL ACTION NO. 14-7150 (JBS-JS) |
| Plaintiff(s), | : | |
| v. | : | |
| WAL-MART STORES EAST, LP, ET AL., | : | |
| Defendant(s), | : | |

## CIVIL JUDGMENT

**IT APPEARING** that an Arbitration Award was filed on October 27th, 2016, and that 30 days have elapsed from the entry of the award without any party demanding a trial de novo;

**IT IS** on this 1st day of December, 2016,

**ORDERED** that in accordance with the Arbitration Award and Local Civil Rule 201.1(g), the Arbitration Award is UNSEALED and JUDGMENT is entered.

BY THE COURT:

*Jerome B. Simandle*
**JEROME B. SIMANDLE**
**CHIEF UNITED STATES DISTRICT JUDGE**

ATTEST:

**BY: s/James Quinlan, Arbitration Clerk**

DNJ-Arb-003