IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSE COZZENS, <br><br> Plaintiff, <br><br> v. <br><br> WALMART; JOHN DOE(S) I-X (Fictitious names as persons/entities who maintained, controlled or managed the premises known as Walmart), individually, jointly, severally, or in the alternative. <br><br> Defendant(s). | Civil Action <br><br> Case No.:1:14-cv-07150-JEI-JS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed, without costs against either party, with prejudice.

McDonnell & Associates, P.C.

By: _[signature]_
Taisha K. Tolliver, Esq.
Attorneys for Defendant
Dated: 12/5/16

Law Offices of Borbi, Clancy, & Patrizi, LLC

By: _[signature]_
John Borbi, Esquire
Attorneys for Plaintiff
Dated: 11/14/2016